UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NAM HOANG TRUONG,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

Case No. 2:26-cv-02553-TLF

MINUTE ORDER

During oral argument on August 26, 2026 (Dkt. 22), respondents' counsel offered to file an unredacted copy of their asserted travel document (Dkt. 20-5) under seal.

Accordingly, the Court **ORDERS** respondents file an unredacted copy of their asserted travel document, following this Court's procedures as described in the U.S. District Court for the Western District of Washington's Local Civil Rule 5(g)(7), LCR 5.2(c), *see also* Fed. R. Civ. P. 5.2(d), **on or before August 31, 2026**.

Dated this 26th day of August, 2026.

Theresa L. Fricke
United States Magistrate Judge